# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MAXWELL JOSEPH HARGREAVES,**
        **Plaintiff,**

    v.                                              Case No. 16-C-486

**BROWN COUNTY et al.,**
        **Defendants.**

## ORDER

On December 18, 2017, defendants filed four separate motions for summary judgment. Plaintiff's materials in response to those motions were due on January 18, 2018. Plaintiff did not timely respond, so I gave him until February 23, 2018, to file his response materials or explain why he was unable to do so.

On February 22, 2018, plaintiff filed a one-page, handwritten letter explaining that he had received only one of the four motions. I ordered defendants (other than Correct Care Solutions, Pam Page, and Erica Weichart) to resend their summary judgment materials to plaintiff. I further ordered plaintiff to respond to those defendants' motions within 30 days of service. Finally, I informed plaintiff that his response to Correct Care Solutions, Pam Page, and Erica Weichart's summary judgment motion was insufficient, and I gave him until March 23, 2018, to file a response that complied with this district's local rules. Plaintiff did not respond to Correct Care Solutions, Pam Page, and Erica Weichart's summary judgment motion, so I will consider their motion unopposed and will grant it for that reason. *See* Civil L. R. 7(d) (E.D. Wis.).

On March 2, 2018, defendant Adeyemi Fatoki re-served his summary judgment motion; on March 5, 2018, defendant Nancy Thelen re-served her summary judgment

motion; and on March 7, 2018, defendants Brown County, Brown County Jail, and John Gossage re-served their summary judgment motion. More than 30 days has passed since re-service of these motions, but plaintiff has not responded to them. As such, I will consider them unopposed and grant them for that reason. *See id.*

**THEREFORE, IT IS ORDERED** that defendants' motions for summary judgment (Docket Nos. 93, 98, 105, and 111) are **GRANTED**. The Clerk of Court shall enter final judgment accordingly.

Dated in Milwaukee, Wisconsin, this 13th day of April, 2018.

                                              s/Lynn Adelman
                                              LYNN ADELMAN
                                              United States District Judge