AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAXWELL JOSEPH HARGREAVES,<br>　　　Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 16-CV-468 |
| BROWN COUNTY et al.,<br>　　　Defendants | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendants on their unopposed motions for same.

| | |
|---|---|
| 04/13/2018 | Stephen C. Dries |
| Date | Clerk |
| | s/L.Smith |
| | (By) Deputy Clerk |